UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

Steven T. Webb                        Chapter 7
                                           Case No. 07-66074-pjs
                                           Honorable Phillip J. Shefferly

         Debtor.
_____/

## WITHDRAWAL OF TRUSTEE'S REPORT OF NO ASSET

NOW COMES WENDY TURNER LEWIS, Trustee, requesting a

**WITHDRAWAL OF TRUSTEE'S NO-ASSET REPORT** that was filed on or

around March 7, 2008.

                                                      Respectfully Submitted,

                                                      By: /s/ Wendy Turner Lewis
                                                          Wendy Turner Lewis, Trustee
                                                          456 East Milwaukee
                                                          Detroit, Michigan 48202
                                                          (313) 875-5555

Dated: March 7, 2008